No. 488. NATIONAL MARITIME UNION OF AMERICA ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A.

2d Cir. Certiorari denied. *Herman E. Cooper* and *H. Howard Ostrin* for petitioners. *Solicitor General Perlman, Robert N. Denham, David P. Findling* and *Fannie M. Boyls* for respondent.